PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants. | Case No. CV 14-4077 PA (AJWx)<br><br>Hon. Percy Anderson<br><br>**DECLARATION OF PAUL L. GALE IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' TWO MOTIONS TO COMPEL ARBITRATION**<br><br>Date: October 6, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 15 |

I, Paul L. Gale, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner at the law firm of Troutman Sanders LLP, counsel for Plaintiffs Bill A. Busbice, Jr. ("Busbice"), Olla Productions, LLC ("Olla"), and Ecibsub, LLC ("Ecibsub") (collectively, "Plaintiffs") in this action. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of Plaintiffs' opposition to the two motions to compel arbitration, one filed by Gerald R. Seppala and Visions LLC (Dkt. 21), and the other filed by Moment Factory LLC, Legacy Film Crest LLC and James David Williams (Dkt. 22), respectively.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint I caused to be filed on September 10, 2014, styled *Busbice, et al. v. Reiss*, Case No. 2:14-cv-07063-DMG-JC (C.D. Cal.).

3. Attached hereto as Exhibit B is a true and correct copy of the falsified Chase bank statement which served as a basis for the allegations made in paragraph 60 of the complaint in this action.

4. Attached hereto as Exhibit C is a true and correct copy of the true Chase bank statement received directly from Chase which served as a basis for the allegations made in paragraph 74 of the complaint in this action.

5. Attached hereto as Exhibit D is a true and correct copy of the falsified Chase bank statement which served as a basis for the allegations made in paragraph 51 of the complaint in this action.

6. Attached hereto as Exhibit E is a true and correct copy of the true Chase bank statement received directly from Chase which served as a basis for the allegations made in paragraph 74 of the complaint in this action.

7. Attached hereto as Exhibit F is a true and correct copy of the falsified Chase bank statement which served as a basis for the allegations made in paragraph 31 of the complaint in this action.

| | |
|---|---|
| 1 | 8. Attached hereto as Exhibit G is a true and correct copy of the true |
| 2 | Chase bank statement received directly from Chase which served as a basis for the |
| 3 | allegations made in paragraph 84 of the complaint in this action. |
| 4 | I declare under penalty of perjury under the laws of the United States of |
| 5 | America that the foregoing is true and correct. Executed on September 15, 2014 at |
| 6 | Irvine, California. |

                                      /s/ Paul L. Gale
                                      Paul L. Gale

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545