# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 14-7063 PA (AJWx);<br>CV 14-4077 PA (AJWx) | Date | November 10, 2014 |
|---|---|---|---|
| Title | Bill A. Busbice, Jr., et al. v. Barry J. Reiss;<br>Bill A. Busbice, Jr., et al. v. James David Williams, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

The Court orders the parties to show cause in writing why these cases should not be consolidated.  See Fed. R. Civ. P. 42(a).  The parties' responses to this order to show cause, which shall not exceed ten (10) pages, shall be filed by November 24, 2014.

IT IS SO ORDERED.