| | |
|---|---|
| 1 | PAUL L. GALE, Bar No. 065873 |
| | paul.gale@troutmansanders.com |
| 2 | SIAVASH DANIEL RASHTIAN, Bar No. 228644 |
| | daniel.rashtian@troutmansanders.com |
| 3 | THOMAS H. PROUTY, Bar No. 238950 |
| | thomas.prouty@troutmansanders.com |
| 4 | TROUTMAN SANDERS LLP |
| | 5 Park Plaza, Suite 1400 |
| 5 | Irvine, CA 92614-2545 |
| | Telephone: 949.622.2700 |
| 6 | Facsimile: 949.622.2739 |
| 7 | Attorneys for Plaintiffs |
| | BILL A. BUSBICE, JR., OLLA PRODUCTIONS, |
| 8 | LLC, and ECIBSUB, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 12 | BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company, | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx) |
| | | Magistrate Judge Andrew J. Wistrich |
| | Plaintiffs, | **DECLARATION OF CHRIS HALEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |
| | v. | |
| | JAMES DAVID WILLIAMS, an individual; *et al.*, | |
| | Defendants. | Date: April 6, 2015 |
| | | Time: 10:00 a.m. |
| | | Place: Courtroom 690 |
| | | Discovery Cut-off: July 27, 2015 |
| | | Trial Date: October 6, 2015 |

25245214v1

DECLARATION OF CHRIS HALEY

I, Chris Haley, declare as follows:

1. I am currently employed as the Director of Litigation Technology at Troutman Sanders LLP. In my capacity as the Director of Litigation Technology I supervise a team that collects and produces electronically stored information, such as email and other electronic files, and by reason of my position and experience am qualified to make this statement. I could and competently would testify to these facts if called upon to do so in a court of law.

2. I have led, supervised and/or directly participated in the collection and production of email in thousands of matters over the last 15 years. As a result, I have substantial, personal knowledge and experience concerning the time, processes and expense associated with the collection and production of emails.

3. I submit this Declaration in response and in opposition to Defendants' position that production of electronically stored information in the format specified in Plaintiffs' requests for production of documents, including the collection and production of emails from web based platforms (AOL, Yahoo, etc.) is unduly burdensome. I make this Declaration based upon my personal knowledge and experience.

4. The format specified in this matter is a common production format in litigation and government investigations. This specific format requested was modeled after the production format suggested by multiple eDiscovery industry organizations as a best practice and the format required by the DOJ and SEC. We routinely produce documents in this format and receive productions in this format throughout the country at both the state and federal level. The format is intended to provide the documents in a similarly useable format to the original native file while also providing additional benefits to both parties for authentication and use of the documents during various proceedings throughout the litigation process.

5. Defendant's production of emails from an AOL account in PDF format with separately produced PFC files does not comply with the requested format.

The PDF files are image only versions of the original native email files and do not provide the metadata or searchability of the original native file. The PFC files are proprietary files for AOL mail that cannot be used with standard business software available on most computers. These two types of files separate or combined do not provide the same or even similar usability, searchability or information available to the producing party that has the benefit of the original native file using the native application. If it is even possible to convert these files to a useable format, it would take considerable time and research to determine our best options.

6. Furthermore if we were required to make use of Defendant's production, a cross reference file was not provided that would allow us to match the PFC files to the previously produced PDF files. Without a cross reference file, even more effort will be required to review duplicate documents, and it will likely cause confusion and difficulty during proceedings throughout the litigation.

7. Collecting emails from AOL email accounts in a usable standard native email format is a common practice in the litigation discovery context. We routinely collect emails from our own clients that have AOL email accounts, and we are able to produce those email files in the format requested without any issue or significant cost.

8. It typically takes only a couple hours to collect emails from an AOL email account in a common non-proprietary native email format such as EML, MSG or PST file type that can be used on any Windows or Apple computer. This type of collection can be accomplished using email software available on both Windows and Apple computers or commercial software made and offered specifically for collecting email for production in litigation.

9. Once the emails have been downloaded to a common native email format there is inexpensive commercially available software that can be used to prepare the native email files for production in the format requested. Using this

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

type of available software, native files can usually be converted to the requested production format in less than a few hours.

10. If a party does not have the knowledge or experience to collect and produce email themselves, there are vendors across the United States available to assist with the collection and production of emails. Nationally recognized vendors in our industry include Kroll Ontrack (www.krollontrack.com), DTI Global (www.dtiglobal.com), Epic Systems (www.epicsystems.com); Integreon (www.integreon.com), and Ricoh Legal (www.ricoh-usa.com) to name just a few. I anticipate that the costs would range from a few hundred dollars to a couple thousand dollars depending on the volume of emails needing to be collected and the vendor chosen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2015 at Atlanta, Georgia.

Chris Haley