1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN, Bar No. 228644
   daniel.rashtian@troutmansanders.com
3  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
5  Irvine, CA  92614-2545
   Telephone:  949.622.2700
6  Facsimile:   949.622.2739

7  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
8  LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DETERMINATION OF APPLICATION OF CRIME-FRAUD EXCEPTION**<br><br>Date:  May 11, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 690<br><br>Discovery Cut-off:  July 27, 2015<br>Trial Date:  October 6, 2015 |
| AND RELATED CONSOLIDATED ACTION. | |

24870095

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DETERMINATION OF APPLICATION
OF CRIME-FRAUD EXCEPTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Bill A. Busbice, Jr. ("Busbice"), Olla Productions, LLC ("Olla"), and Ecibsub, LLC ("Ecibsub") (collectively, "Plaintiffs"), will and hereby do move the Court for an order determining that, with the exception of otherwise privileged communications between defendants and their litigation counsel representing them in this case, the crime-fraud exception to the attorney-client privilege and work product doctrine applies to:

- any otherwise privileged communication or document of or involving the defendant-attorney Barry J. Reiss, including all such documents listed on the privilege logs attached as Exhibits 46-47 to the concurrently-filed Declaration of Thomas H. Prouty; and
- determining that the crime-fraud exception applies to any other otherwise privileged communication involving any other attorney who was consulted for the purpose of: (a) arranging, transacting and/or securing the subject film investments; (b) performing purported or actual legal work for any of the subject special-purpose investment entities (*i.e.*, defendants Visions, LLC; Luxe One, Inc.; and Moment Factory, LLC) at any time; or (c) performing purported or actual legal work for any of the defendant transferee-entities relating in any way to the subject film investments.

Alternatively, in the event that the Court finds that a preponderance of the evidence does not establish application of the crime-fraud exception permitting outright production of documents to Plaintiffs, Plaintiffs request an *in camera* review of the documents to aid the final determination.

24870095

- 1 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DETERMINATION OF APPLICATION OF CRIME-FRAUD EXCEPTION

Plaintiffs' motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and the Declarations of Bill A. Busbice Jr., Michael D. Friedman and Thomas H. Prouty, and all pleadings and papers on file in this action, and upon such other matters and arguments as may be presented to the Court prior to and at the time of the hearing.

The undersigned counsel hereby certifies that, pursuant to L.R. 37-1, Plaintiffs' counsel has conferred with Defendants' counsel in good faith in an effort to eliminate the necessity for hearing a motion and to eliminate disputes regarding the requested relief and the parties' contentions. The conference of counsel pursuant to L.R. 37-1 took place on March 5, 2015.

Dated: April 13, 2015

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Thomas H. Prouty
Paul L. Gale
Siavash Daniel Rashtian
Thomas H. Prouty

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC