PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
LLC, and ECIBSUB, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**DECLARATION OF THOMAS H. PROUTY RE: PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILINGS FOR *IN CAMERA* REVIEW OF ALLEGEDLY PRIVILEGED DOCUMENTS**<br><br>Discovery Cut-off:  July 27, 2015<br>Trial Date:  October 6, 2015 |

25940416v1

DECLARATION OF THOMAS H. PROUTY RE: PLAINTIFFS' RESPONSE TO DEFENDANTS'
SUPPLEMENTAL FILINGS FOR *IN CAMERA* REVIEW OF ALLEGEDLY PRIVILEGED DOCUMENTS

TROUTMAN SANDERS LLP
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545

I, Thomas H. Prouty, declare as follows:

1.     I am an attorney admitted to practice before this Court.  I am an attorney at the law firm of Troutman Sanders LLP, counsel for Plaintiffs Bill A. Busbice, Jr. ("Busbice"), Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs") in this action.  I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.

2.     Attached hereto as Exhibit A is a copy of the Final Arbitration Award in the *Big Screen Partners V, Ltd. v. Luxe One, Inc*. arbitration before the American Arbitration Association, dated May 16, 2015.

3.     Attached hereto as Exhibit B is a true and correct copy of an excerpt of Defendant Steven J. Brown's ("Brown") responses to Plaintiffs' first set of interrogatories.  (*See* Response to Interrogatory Nos. 3-6.)

4.     In September 2014, Plaintiffs propounded a comprehensive set of requests for production of documents, which required Brown and the other Defendants to produce all documents relating in any way to the subject films and investments, including any work performed, or services rendered, by Brown. Although Defendants' counsel has represented that Defendants' production is complete, Defendants have produced no documents showing what Brown was asked to do, if anything, and what he allegedly did, in connection with the subject films and investments:

- No contracts or agreements of any kind with or involving Brown have been produced; and
- No communications (emails, text messages, letters, etc.) involving Brown regarding any work performed (or to be performed) by him, or services rendered (or to be rendered) by him, have been produced.

5.     Other than a handful of documents drafted by Plaintiffs' lawyers that must have been forwarded to Brown around the time the lawsuit was filed, Defendant Brown's document production in this lawsuit consists entirely of only

Troutman Sanders LLP
5 Park Plaza
Suite 1400
Irvine , CA  92614 -2545

- 1 -
DECLARATION OF THOMAS H. PROUTY RE: PLAINTIFFS' RESPONSE TO DEFENDANTS'
SUPPLEMENTAL FILINGS FOR *IN CAMERA* REVIEW OF ALLEGEDLY PRIVILEGED DOCUMENTS

twenty-five e-mails.  I have reviewed each of these e-mails.  None of them indicate that Brown performed work and services in connection with the film projects and investments.  Rather, the e-mails appear to simply represent the few communications that Brown did not mind producing, either because of their innocuousness, or because Plaintiffs were the sender or a recipient (and therefore already had them):

- 18 of the 25 e-mails are from March 2014 or later, after almost all of Plaintiffs' money had already been converted and spent.  17 of these 18 e-mails involve plaintiff Bill Busbice (or Busbice's representative, *e.g.,* accountant) as a sender or recipient, and the only one that does not, is heavily redacted;
- Of the seven e-mails that pre-date March 2014, five of them involve Busbice as a sender or recipient; and
- None of the 25 e-mails (or, for that matter, of the other documents produced by any other defendant) reflect that Brown performed any work or services in connection with the subject film investments.

6.     Plaintiffs have obtained via subpoena hundreds (if not thousands) of relevant e-mails sent or received by Brown that Defendants failed to produce, but these e-mails also fail to show that Brown provided actual and legitimate business services to or for the subject film investments.

7.     Attached hereto as Exhibits C and D, respectively, are true and correct copies of e-mails produced by third party Creative Artists Agency in response to a subpoena issued by me in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 26, 2015 at Irvine, California.

/s/ Thomas H. Prouty
<br>Thomas H. Prouty

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545