PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**DECLARATION OF THOMAS H. PROUTY RE: DEFENDANTS' FAILURE TO APPEAR FOR DEPOSITION AND CLAIMED UNAVAILABILITY FOR DEPOSITION AS FURTHER UPDATE ON DISCOVERY ISSUES UNDER SUBMISSION**<br><br>Discovery Cut-off:  July 27, 2015<br>Trial Date:  October 6, 2015 |

I, Thomas H. Prouty, declare as follows:

1.	I am an attorney admitted to practice before this Court. I am an attorney at the law firm of Troutman Sanders LLP, counsel for Plaintiffs Bill A. Busbice, Jr., Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaitniffs") in this action. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.

2.	I provide this declaration to update the Court on recent matters relevant to discovery issues currently under submission in this case: (1) the Court's *in camera* review of allegedly privileged documents in connection with Plaintiffs' motion for application of the crime-fraud exception (Dkt. 50); and (2) Plaintiffs' request for sanctions in connection with its motion to compel (Dkt. 39).

3.	During the May 11, 2015 hearing in this case, the Court ordered defendant James David Williams to appear on May 27, 2015 as the corporate representative for the depositions of Garuda Partners, Ltd.; Highgate Pass, LLC; and Bipartisan Coalition for American Security Corporation (collectively, the "Entity Deponents"). A true and correct excerpt of the transcript of the May 11, 2015 hearing is attached hereto as Exhibit A.

4.	As I advised the Court during the May 11, 2015 hearing, one of Plaintiffs' main purposes for these depositions was to establish that Defendants have failed to search for and produce responsive documents in their possession, custody or control.

5.	Following the hearing, my office served amended notices of the depositions of the Entity Deponents, requiring attendance at my office at 9:00 a.m. on May 27, 2015.

6.	At 3:43 p.m. on May 26, 2015 – the afternoon before the Court-ordered deposition, I received an e-mail from Defendants' counsel stating:

> I have received notice that I have been terminated as counsel for Highgate, Bipartisan Coalition, and Garuda. As they are defunct and have terminated counsel, I was advised that they would not

25789055
- 1 -
DECLARATION OF THOMAS H. PROUTY RE: DEFENDANTS' FAILURE TO APPEAR FOR DEPOSITION AND CLAIMED UNAVAILABILITY FOR DEPOSITION

> proceed with the depositions set tomorrow. I apologize for any inconvenience; I just received the notice myself. I do not know what impact this may have on other parties I represent in this action.

A true and correct copy of this e-mail is attached hereto as Exhibit B.

7. Later that afternoon, I replied to Mr. Burgee's e-mail informing him that Plaintiffs would proceed with the deposition and that anyone's failure to appear would be at their own peril. A true and correct copy of my reply e-mail is attached hereto as Exhibit C.

8. I appeared for Plaintiffs on May 27, 2015 to take the Court-ordered depositions. Neither Williams, nor anyone else, appeared to testify on any of the Entity Deponents' behalf. (I should note for completeness that Mr. Burgee did attend.) A true and correct copy of the Court Reporter's Certificate of Non-Appearance is attached hereto as Exhibits D.

9. The Entity Deponents are owned and controlled by Defendant James David Williams. Excerpts from these parties' responses to interrogatories reflecting this fact are attached hereto as Exhibit E.

10. Since the failure to appear, Mr. Burgee has advised that he plans to withdraw as counsel for the Entity Deponents – *but only as to those three Entity Deponents* – although as of the filing of this declaration, no motion has been filed.

11. Thus, only the three Entity Deponents whose depositions were set terminated Mr. Burgee as counsel (on the eve of the deposition), and the remainder of the Defendants, including Williams, will continue to utilize Mr. Burgee as counsel in this case.

12. Given the facts of and record in this case, this alleged partial termination appears to have been nothing but a ploy to avoid being deposed.

13. Since the failure to appear, I have engaged Mr. Burgee in meet and confer discussions regarding the scheduling of the remaining depositions. It

25789055

- 2 -

DECLARATION OF THOMAS H. PROUTY RE: DEFENDANTS' FAILURE TO APPEAR FOR DEPOSITION AND CLAIMED UNAVAILABILITY FOR DEPOSITION

appears that we have reached an agreement on dates and location for all of the other parties' depositions, except for Defendant Steven Brown.

14. Mr. Burgee has advised that Defendant Brown is currently in Europe and does not plan to return until the end of August – three months from now, and one month after the discovery cut-off in this case. I advised Mr. Burgee that Plaintiffs insist on taking Defendant Brown's deposition in either New York or Los Angeles before the July 27th cutoff, but it appears that Mr. Burgee is insisting that Defendant Brown will not come to the United States, where he resides, to be deposed.

15. I have requested basic information regarding the contention that defendant Brown is now in Europe and unavailable, such as his location, the name of the film project he claims to be working on, the name of the production company, the production schedule and Mr. Brown's connection to and specific responsibilities on the film project, however, no information has been provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2015 at Irvine, California.

                                    /s/ Thomas H. Prouty
                                    Thomas H. Prouty

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614 -2545

25789055

- 3 -

DECLARATION OF THOMAS H. PROUTY RE: DEFENDANTS' FAILURE TO APPEAR FOR DEPOSITION AND CLAIMED UNAVAILABILITY FOR DEPOSITION