1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN, Bar No. 228644
   daniel.rashtian@troutmansanders.com
3  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
5  Irvine, CA  92614-2545
   Telephone:  949.622.2700
6  Facsimile:   949.622.2739

7  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
8  LLC, and ECIBSUB, LLC

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13 BILL A. BUSBICE, JR., an individual; | Case No.  CV 14-4077 PA (AJWx)
   OLLA PRODUCTIONS, LLC, a limited   | consolidated with CV 14-7063 PA
14 liability company; and ECIBSUB, LLC, | (AJWx)
   a limited liability company,
15                                      | Magistrate Judge Andrew J. Wistrich
              Plaintiffs,
16                                      | **PLAINTIFFS' NOTICE OF
        v.                              | MOTION AND MOTION TO
17                                      | COMPEL AND REQUEST FOR
   JAMES DAVID WILLIAMS, an             | SANCTIONS PURSUANT TO
18 individual; *et al.*,                | RULE 37**

19            Defendants.

20 AND RELATED CONSOLIDATED            | Date:  July 27, 2015
   ACTION.                              | Time:  10:00 a.m.
21                                      | Place: Courtroom 690

22

23                                      Discovery Cut-off: July 27, 2015
                                        Pre-Trial Conf.: September 4, 2015
24                                      Trial Date: October 6, 2015

25

26

27

28

26240127
PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS PURSUANT TO RULE 37

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 27, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Bill A. Busbice, Jr., Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, will and hereby do move the Court for an order:

1. Striking the answers of Defendants Steven J. Brown ("Brown"); Garuda Partners, Ltd. ("Garuda"); Highgate Pass, LLC ("Highgate"), Bipartisan Coalition for American Security Corporation ("Bipartisan"), Moment Factory, LLC ("Moment Factory"), Luxe One, Inc. ("Luxe One") and Legacy Film Crest, LLC ("Legacy"), and entering their defaults;
2. Imposing monetary sanctions, jointly and severally, in an amount not less than $13,950 against each of those parties and their counsel, John G. Burgee, Esq. of Burgee & Abramoff, P.C;
3. Ordering Brown to provide complete, full and proper responses to Plaintiffs' Interrogatories Nos. 1, 3-6, 21-25;
4. Precluding Defendants Gerald Seppala ("Seppala"), Visions LLC ("Visions"), Barry J. Reiss ("Reiss"), Legacy, Moment Factory, Luxe One, Brown, Garuda, Highgate and Bipartisan from defending Plaintiffs' claims by reference to documents that have not been produced in this action;
5. Any further sanctions or relief that the Court deems just.[1]

Plaintiffs' motion is based upon this Notice of Motion and Motion to Compel, the accompanying Memorandum of Points and Authorities, and the concurrently-filed Declaration of Thomas H. Prouty ("Prouty Declaration"), and all

---

[1] Due to Defendant James David Williams' recent bankruptcy filing, this Motion does not seek sanctions against Williams personally.

26240127
- 1 -
PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS PURSUANT TO RULE 37

pleadings and papers on file in this action, and upon such other matters and arguments as may be presented to the Court prior to and at the time of the hearing.

This Motion is made following good faith meet and confer efforts made by Plaintiffs, as well as Plaintiffs' compliance with the pre-filing conference of counsel and preparation of joint stipulation requirements contained in Local Rule 37. Defendants failed to provide their portions of the joint stipulation prepared by Plaintiffs in accordance with L.R. 37-2.2.

Dated: June 29, 2015  Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Thomas H. Prouty
Paul L. Gale
Siavash Daniel Rashtian
Thomas H. Prouty

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC