1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN, Bar No. 228644
   daniel.rashtian@troutmansanders.com
3  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
5  Irvine, CA  92614-2545
   Telephone:  949.622.2700
6  Facsimile:   949.622.2739

7  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
8  LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| AND RELATED CONSOLIDATED ACTION. | Date:   July 27, 2015<br>Time:   10:00 a.m.<br>Place:  Courtroom 690<br><br>Discovery Cut-off:  July 27, 2015<br>Trial Date:  October 6, 2015 |

26240083

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS

Upon consideration of the Motion to Compel and Request for Sanctions Pursuant to Rule 37 of the Federal Rules of Civil Procedure ("Motion") brought by Plaintiffs Bill A. Busbice, Jr., Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), the Court having reviewed the pleadings, papers and declarations submitted by the parties, Plaintiffs' Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. The answers of Defendants Steven J. Brown ("Brown"); Garuda Partners, Ltd. ("Garuda"); Highgate Pass, LLC ("Highgate"), Bipartisan Coalition for American Security Corporation ("Bipartisan"), Moment Factory, LLC ("Moment Factory"), Luxe One, Inc. ("Luxe One") and Legacy Film Crest, LLC ("Legacy") to Plaintiffs' Complaint in this action are hereby stricken, and their defaults entered;

2. Defendants Brown, Garuda, Highgate, Bipartisan, Moment Factory, Luxe One and Legacy, and their counsel, John G. Burgee, Esq. of Burgee & Abramoff, P.C., are jointly and severally liable for a monetary sanction of $13,950 payable to Plaintiffs' counsel;

3. Defendant Brown shall provide complete, full and proper responses to Plaintiffs' Interrogatories Nos. 1, 3-6, 21-25; and

4. Defendants Gerald Seppala ("Seppala"), Visions LLC ("Visions"), Barry J. Reiss ("Reiss"), Legacy, Moment Factory, Luxe One, Brown, Garuda, Highgate and Bipartisan are hereby precluded from defending Plaintiffs' claims in this action by reference to documents that have not been produced in this action.

IT IS SO ORDERED.

Dated: July ___, 2015 _____   _____
HON. ANDREW J. WISTRICH
United States District Court Magistrate Judge