JOHN G. BURGEE, ESQ. (State Bar No. 132129)
Email: jburgee@bandalaw.net
BURGEE & ABRAMOFF, P.C.
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

Attorneys for Defendants,
STEVEN J. BROWN, GERALD R. SEPPALA,
VISIONS L.L.C., and BARRY J. REISS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**DECLARATION OF STEVEN BROWN IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: July 27, 2015<br>Time: 10 a.m.<br>Ctrm.: 690 |

I STEVEN BROWN declare:

1. I am a Defendant in this action. I have personal knowledge of the facts stated herein and if called upon to testify, I can and will competently testify thereto.

2. This declaration is made in support of my opposition to Plaintiffs' motion to compel my deposition in the United States.

3. I have currently living in Europe. My principal residence at this time is Str. Banesti Nr. 4, Bl. 8E, Sc. A, Apt. 30, Ploiesti, Prahova, Romania.

4. I am living in Europe in connection with a documentary movie project that I am working on. I am the producer of the documentary; I am also doing some of the direction. The movie project, which is titled "One Man's Journey", concerns a trial conducted by a non EU court over a EU nation for alleged fraud and money laundering by five private citizens following the fall of the Soviet Union in connection with the privatization and takeover of a former Soviet Republic minerals company. The trial was highly controversial and criticized in terms of the manner in which it was conducted by the non EU court over the EU nation. We are under very strict timelines to have it fully ready to be submitted to the Sundance Film Festival.

5. As the documentary is based upon a European incident and involves European citizens of a number of countries, the work on the project is all scheduled to take place in Europe over the next months. The project is presently in pre-production which includes hiring of personnel and making arrangements for shooting in Europe. Attached hereto as Exhibit A is a true and correct copy of a receipt for a trip within Europe that I took a couple weeks ago in connection with pre-production.

6. The production schedule for the documentary is as follows:

July 6, 2015 - July 17, 2015 (3 weeks),

July 20, 2015 - July 31, 2015 (2 weeks), production/shooting in Russia;

August 3, 2015 - August 21, 2015 (3 weeks), production/shooting in Kazakhstan;

August 24, 2015 - August 28 (1 week), production/shooting in Brussels;

1    August 31, 2015 - September 4, 2015 (1 week), production/shooting in the
2    Czech Republic, Romania, and Poland (as needed);
3    September 7, 2015 - September 11, 2015 (1 week), production/shooting in
4    China/Asia (as needed); and,
5    September 14, 2015 - December 4, 2015 (12 weeks), post-production in
6    Russia.

7    6.    As the producer of the documentary, I am directly involved in the pre-production, the production and the post-production. I am also doing some of the direction for the movie. The budget is extremely limited and it is my responsibility to see that the documentary is made within the budget which means that the production must be on-schedule, among other things. I am directly accountable to the financiers of the documentary. I therefore must oversee all aspects of production including pre-production to insure the quality of the production and to make sure the project stays on budget. I also am responsible for making and approving all decisions for the project.

7.    I cannot travel to the United States for a deposition without shutting down the production of the documentary for a week to allow travel time and a day or two to adjust to the time change. There is no assistant producer or other person that can do my job for me. Consequently, coming to the United States will necessarily mean that the production will not be able to stay on schedule and will incur substantial rescheduling expenses and exceed its budget. With advance notice, I can arrange the shooting schedule to find time for a deposition from Europe, either in person or by video conference. (Video conference actually would be more convenient since the deposition could be in the evening in Europe when it is business hours in California.) Travelling to the United States also involves a

//
//

substantial cost for travel expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 7/7/2015.

*[signature]*

STEVEN BROWN

- 3 -

BROWN DECL. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL