PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>District Judge Percy Anderson<br><br>**PLAINTIFFS' NOTICE OF INTENT TO PURSUE CLAIMS AGAINST DEFENDANT JAMES DAVID WILLIAMS IN THIS COURT AND OF FILING OF MOTION FOR RELIEF FROM AUTOMATIC STAY IN THE BANKRUPTCY COURT**<br><br>Discovery Cut-off: July 27, 2015<br>Trial Date: October 6, 2015 |

26280159v1

PLAINTIFFS' NOTICE OF INTENT TO PURSUE CLAIMS AGAINST JAMES DAVID WILLIAMS IN THIS COURT AND OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to this Court's Order dated June 30, 2015 (Dkt. 85), Plaintiffs hereby notify the Court of their intent to pursue their claims against Defendant James David Williams ("Williams") in this action in this Court.

On July 8, 2015, in Williams' bankruptcy case, Plaintiffs filed a motion for relief from the automatic stay under 11 U.S.C. § 362 to enable them to proceed against the debtor Williams in this non-bankruptcy action, as well as an application for an order setting the hearing on the motion on shortened notice.

A copy of the motion, application and other documents filed in support thereof are attached hereto as Exhibits A – D as follows:

Exhibit A:  Motion for Relief from Stay, and Supporting Declaration
Exhibit B:  Request for Judicial Notice in Support of Motion
Exhibit C:  Application to Shorten Time
Exhibit D:  Declaration of Paul L. Gale in Support of Application

Dated: July 9, 2015

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Thomas H. Prouty
    Paul L. Gale
    Thomas H. Prouty

Attorneys for Plaintiffs