| | |
|---|---|
| 1 | PAUL L. GALE, Bar No. 065873 |
| | paul.gale@troutmansanders.com |
| 2 | SIAVASH DANIEL RASHTIAN, Bar No. 228644 |
| | daniel.rashtian@troutmansanders.com |
| 3 | THOMAS H. PROUTY, Bar No. 238950 |
| | thomas.prouty@troutmansanders.com |
| 4 | TROUTMAN SANDERS LLP |
| | 5 Park Plaza, Suite 1400 |
| 5 | Irvine, CA  92614-2545 |
| | Telephone:   949.622.2700 |
| 6 | Facsimile:    949.622.2739 |

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**DECLARATION DR. ISMAEL SILVA, JR. RE: MEETING WITH STEVEN BROWN**<br><br>Date:     July 27, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 690<br><br>Discovery Cut-off: July 27, 2015<br>Trial Date: October 6, 2015 |

26300262v1

DECLARATION OF DR. ISMAEL SILVA, JR.

I, Dr. Ismael Silva, Jr., declare as follows:

1.   I am an orthopedic surgeon and own and operate several orthopedic medical practices in Southern California.  I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.

2.   I am not a party to this action.  I learned of this action researching information about Steven Brown and David Williams, who had convinced me in September 2014 to invest $500,000 in what I now believe to be a bogus film project.

3.   I recently came to understand that Steven Brown's attorney has claimed in this action that Steven Brown has been in Europe and Russia since late May 2015 and that he has been unable to return to the United States.  I submit this declaration because I wish to advise the Court that over the course of June 9, 2015 through June 11, 2015 that Steven Brown was in Chicago, Illinois, I personally met with, spoke to and had several meetings with Steven Brown, where multiple third parties were present, in Chicago, Illinois during the referenced time period.   I flew to Chicago, Illinois on June 9, 2015 solely for the purpose of attending multiple scheduled meetings with Steven Brown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 15, 2015 at Orange, California.

_____
Dr. Ismael Silva, Jr.

26300262v1

- 1 -

DECLARATION OF DR. ISMAEL SILVA, JR.