JOHN G. BURGEE, ESQ. (State Bar No. 132129)
Email: jburgee@bandalaw.net
BURGEE & ABRAMOFF, P.C.
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

Attorneys for Defendants,
STEVEN J. BROWN, GERALD R. SEPPALA,
VISIONS L.L.C., and BARRY J. REISS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Magistrate Judge Andrew J. Wistrich<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN BROWN IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: July 27, 2015<br>Time: 10 a.m.<br>Ctrm.: 690 |

I STEVEN BROWN declare:

1. I am a Defendant in this action. I have personal knowledge of the facts stated herein and if called upon to testify, I can and will competently testify thereto.

2. This declaration is made in support of my opposition to Plaintiffs' motion to compel my deposition in the United States.

- 1 -
BROWN DECL. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

3. On or about June 5, 2015, I made an emergency trip from Europe to Chicago to meet with an investor who was demanding to withdraw his financing from a movie project of mine based upon speaking with counsel for Bill Busbice. I had no idea prior to this time that I would need to travel to the Chicago to meet with this individual. However, his demands made it imperative that I meet with him as they put my movie project in jeopardy. The meeting occurred on June 6, 2015. An agreement was made with this investor to resolve his demands.

4. Immediately following my meeting with the investor, I returned to Europe to continue working on my present project which suffered from my absence.

5. Attached hereto as Exhibit A is a true and correct copy of a credit card receipt from June 13, 2015, for a hotel stay in Prague. The receipt shows that my credit card was "swiped", confirming that I was personally in Prague at the time.

6. Attached hereto as Exhibit B is a true and correct copy of a flight receipt for travel between Zurich and Paris on June 22, 2015.

7. Attached hereto as Exhibit C is a true and correct copy of a confirmation for a hotel reservation in Prague for July 13, 2015.

8. As demonstrated by the foregoing documents, I am working in Europe on the production of my current movie project as set forth in my prior declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2015.

_____
STEVEN BROWN

BROWN DECL. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL