PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Hon. Percy Anderson<br><br>**STIPULATION RE: CONFIDENTIALITY ORDER PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT** |

Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, formerly known as Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), and Defendants James David Williams, Steven J. Brown ("Brown"), Gerald R. Seppala, Barry J. Reiss, Luxe One, Inc., Moment Factory, LLC, and Visions L.L.C. (collectively, "Defendants") hereby stipulate and agree as follows:

- All of the claims in the above-captioned action have been settled pursuant to a written settlement agreement among the parties (the "Settlement Agreement");
- Pursuant to the Settlement Agreement, among other things, Brown is obligated to provide Plaintiffs' counsel with a copy of his current passport (redacting only the passport number) and an unredacted copy of his current drivers' license (collectively, the "Brown Identification") upon the parties' execution of this Stipulation;
- As the parties agree that the Brown Identification constitutes confidential private information, Plaintiffs' counsel shall not publish or disseminate the Brown Identification;
- Upon Brown's full satisfaction of his obligations under the parties' settlement agreement, Plaintiffs' counsel shall destroy the Brown Identification in their possession, to the extent not previously destroyed. Plaintiffs' counsel shall maintain the Brown Identification as confidential information on an attorneys-eyes-only basis; however, Plaintiffs' counsel may disclose the Brown Identification to the Court and other courts of competent jurisdiction and their respective personnel after taking appropriate steps to request that such information is filed under seal in connection with the enforcement of the settlement.

IT IS SO STIPULATED.

Dated: August 14, 2015

TROUTMAN SANDERS LLP

By: *Paul L. Gale* (signature)
Paul L. Gale
Siavash Daniel Rashtian
Thomas H. Prouty

Attorneys for Plaintiffs

Dated: August 14, 2015

BURGEE & ABRAMOFF, P.C.

By: *John G. Burgee* (signature)
John G. Burgee

Attorneys for Defendants James David Williams; Steven J. Brown; Gerald Seppala; Barry J. Reiss; Moment Factory, LLC; Luxe One, Inc.; and Visions LLC

STIPULATION RE: CONFIDENTIALITY ORDER PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT