JOHN G. BURGEE, ESQ. (State Bar No. 132129)
Email: jburgee@bandalaw.net
BURGEE & ABRAMOFF, P.C.
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

Attorneys Specially Appearing for Defendants,
JAMES DAVID WILLIAMS and STEVEN J. BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES DAVID WILLIAMS, an individual; et al., <br><br> Defendants. | CASE NO. CV14-4077 PA (AJWx) <br> [Before the Hon. Percy Anderson] <br><br> OBJECTION TO EX PARTE APPLICATION TO ENTER JUDGMENT <br><br> Courtroom: 15 |

Defendants JAMES DAVID WILLIAMS and STEVEN J. BROWN specially appear to object to the ex parte Application of Plaintiffs to enter judgment on the grounds that this Court no longer has jurisdiction over the parties.

District courts have no inherent power to enforce settlement agreements entered into by parties litigating before them. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 114 S.Ct. 1673, 1675-76, 128 L.Ed.2d 391 (1994) To retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be made part of the order of dismissal "either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order." *Hagestad v. Tragesser*, 49 F.3d 1430, 1433 (9th Cir. 1995).

1

1    Here, there is no such retention of jurisdiction in the order of dismissal.
2 (The Court is requested to take judicial notice of the Order of Dismissal attached
3 hereto as Exhibit A.)  A new action is therefore required for any litigation of the
4 settlement agreement and the ex parte Application of Plaintiffs should be denied.

6 DATED:  February 11, 2016.          BURGEE & ABRAMOFF P.C.

8                                     BY:  _____/s_____
                                           JOHN G. BURGEE
9                                          Attorneys for Defendants