1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN, Bar No. 228644
   daniel.rashtian@troutmansanders.com
3  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
5  Irvine, CA  92614-2545
   Telephone:   949.622.2700
6  Facsimile:   949.622.2739

7  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
8  LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>          Plaintiffs,<br><br>    v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>          Defendants. | Case No.  CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Hon. Percy Anderson<br><br>**AMENDED ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| AND RELATED CONSOLIDATED ACTION. | |

- 1 -

ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has received and considered the Parties' Stipulation Re: Conditional Dismissal of Action Without Prejudice ("Stipulation"). Based on the Stipulation, and the entry of the stipulated Confidentially Order and the stipulated Order for Dismissal of Defendant BARRY J. REISS, and for good cause shown,

IT IS HEREBY ORDERED THAT:

The above-captioned action, including all claims and causes of action, is hereby dismissed in its entirety without prejudice pursuant to FRCP 41(a)(1) as to all remaining parties, each party to bear its own costs and attorney's fees.

The Court retains jurisdiction to enforce the parties' settlement agreement.

Dated: 2/12/16

_____
HON. PERCY ANDERSON
United States District Court Judge

- 2 -
ORDER OF DISMISSAL WITHOUT PREJUDICE