PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Hon. Percy Anderson<br><br>**JUDGMENT AGAINST DEFENDANT GERALD R. SEPPALA** |

27939212v1

Pursuant to the Stipulation for Judgment and Entry of Judgment between Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, formerly known as Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), and Defendant Gerald R. Seppala, and based upon Plaintiffs' application for entry of stipulated judgment and the parties' settlement agreement, the Court finds good cause exists to enter the following judgment in favor of Plaintiffs, and against Defendant Gerald R. Seppala.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs are granted judgment against Defendant Gerald R. Seppala, in the amount of $100,000.00.

IT IS SO ORDERED.

DATED: February 12, 2016

PERCY ANDERSON
United States District Court Judge

27939212v1

- 1 -

JUDGMENT AGAINST DEFENDANT GERALD R. SEPPALA