PAUL L. GALE, Bar No. 065873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, Bar No. 228644
daniel.rashtian@troutmansanders.com
THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs
BILL A. BUSBICE, JR., OLLA PRODUCTIONS, LLC, and ECIBSUB, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID WILLIAMS, an individual; *et al.*,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION. | Case No. CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>Hon. Percy Anderson<br><br>**JUDGMENT AGAINST DEFENDANT GERALD R. SEPPALA** |

27939212v1

1  Pursuant to the Stipulation for Judgment and Entry of Judgment between
2  Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, formerly known as Olla
3  Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), and Defendant
4  Gerald R. Seppala, and based upon Plaintiffs' application for entry of stipulated
5  judgment and the parties' settlement agreement, the Court finds good cause exists
6  to enter the following judgment in favor of Plaintiffs, and against Defendant Gerald
7  R. Seppala.
8  THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that
9  Plaintiffs are granted judgment against Defendant Gerald R. Seppala, in the amount
10  of $100,000.00.

12  IT IS SO ORDERED.

14  DATED: February 12, 2016

PERCY ANDERSON
United States District Court Judge

27939212v1

- 1 -

JUDGMENT AGAINST DEFENDANT GERALD R. SEPPALA