1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN, Bar No. 228644
   daniel.rashtian@troutmansanders.com
3  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
5  Irvine, CA 92614-2545
   Telephone: 949.622.2700
6  Facsimile: 949.622.2739

7  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
8  LLC, and ECIBSUB, LLC

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 | BILL A. BUSBICE, JR., an individual; | Case No. CV 14-4077 PA (AJWx)
   | OLLA PRODUCTIONS, LLC, a limited | consolidated with CV 14-7063 PA
13 | liability company; and ECIBSUB, LLC, | (AJWx)
   | a limited liability company,
14 |                                      | Hon. Percy Anderson
   |        Plaintiffs,
15 |                                      | **JUDGMENT AGAINST**
   |    v.                                | **DEFENDANTS JAMES DAVID**
16 |                                      | **WILLIAMS AND STEVEN J.**
   | JAMES DAVID WILLIAMS, an             | **BROWN**
17 | individual; *et al.*,
18 |        Defendants.

19 | AND RELATED CONSOLIDATED
20 | ACTION.

27939228v1

[JUDGMENT AGAINST JAMES DAVID WILLIAMS AND STEVEN J. BROWN

Pursuant to the Stipulation for Judgment and Entry of Judgment between Plaintiffs Bill A. Busbice, Jr., Ollawood Productions, LLC, formerly known as Olla Productions, LLC, and Ecibsub, LLC (collectively, "Plaintiffs"), and Defendant James David Williams ("Williams") and Steven J. Brown ("Brown"), and based upon Plaintiffs' application for entry of stipulated judgment and the parties' settlement agreement, the Court finds good cause exists to enter the following judgment in favor of Plaintiffs, and against Williams and Brown.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs are granted judgment:

- against Defendant James David Williams in the amount of $6,950,000.00; and
- against Defendant Steven J. Brown in the amount of $3,450,000.00.

IT IS SO ORDERED.

DATED: February 12, 2016

PERCY ANDERSON\
United States District Court Judge