*WHEN RECORDED MAIL TO:*

Paul L. Gale, Bar No. 065873
Thomas. H. Prouty, Bar No. 238950
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company, <br><br>                      PLAINTIFF(S), <br><br>         v. <br><br> JAMES DAVID WILLIAMS, anl individual; et al., <br><br>               DEFENDANT(S). | CASE NUMBER: <br><br> CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx) <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  2/16/2016

in favor of  Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibsub, LLC

whose address is  135 Huckleberry Drive, Jackson, WY 83001

and against  James David Williams

whose last known address is  4258 Temma Court, Calabasas, CA 91302

for $6,950,000.00          Principal,  $ 1,553.75          Interest,  $ 0.00          Costs,

and $0.00          Attorney Fees.

ATTESTED this  10  day of  March , 20 16

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number; 3972 _____ (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

John G. Burgee, Esq.

20501 Ventura Boulevard, Suite 262

Woodland Hills, CA 91364

CLERK, U.S. DISTRICT COURT

By _____

Deputy Clerk

1228


American LegalNet, Inc.
www.FormsWorkFlow.com

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

**ABSTRACT OF JUDGMENT/ORDER**


American LegalNet, Inc.
www.FormsWorkFlow.com