*WHEN RECORDED MAIL TO:*

Paul L. Gale, Bar No. 065873
Thomas. H. Prouty, Bar No. 238950
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>PLAINTIFF(S),<br>v.<br><br>JAMES DAVID WILLIAMS, anl individual; et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 14-4077 PA (AJWx) consolidated with CV 14-7063 PA (AJWx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 2/16/2016
in favor of Bill A. Busbice, Jr., Ollawood Productions, LLC, and Ecibsub, LLC
whose address is 135 Huckleberry Drive, Jackson, WY 83001
and against James David Williams
whose last known address is 4258 Temma Court, Calabasas, CA 91302
for $6,950,000.00         Principal, $ 1,553.75         Interest, $ 0.00         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this     10     day of     March    , 20 16.
Judgment debtor's driver's license no. and state;                    (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; 3972                       (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

John G. Burgee, Esq.
20501 Ventura Boulevard, Suite 262
Woodland Hills, CA 91364

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

G-18 (03/12)                    **ABSTRACT OF JUDGMENT/ORDER**



**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

