1  PAUL L. GALE, Bar No. 065873
   paul.gale@troutmansanders.com
2  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
3  Irvine, CA 92614-2545
   Telephone: 949.622.2700
4  Facsimile: 949.622.2739

5  Attorneys for Plaintiffs
   BILL A. BUSBICE, JR., OLLA PRODUCTIONS,
6  LLC, and ECIBSUB, LLC

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11 | BILL A. BUSBICE, JR., an individual; | Case No. CV 14-4077 PA (AJWx)
   | OLLA PRODUCTIONS, LLC, a limited   | consolidated with CV 14-7063 PA
12 | liability company; and ECIBSUB, LLC, | (AJWx)
   | a limited liability company,        |
13 |                                     | Hon. Percy Anderson
   |         Plaintiffs,                 |
14 |                                     | **ORDER GRANTING REQUEST
   |     v.                              | FOR SERVICE OF PROCESS BY
15 |                                     | REGISTERED PROCESS
   | JAMES DAVID WILLIAMS, an            | SERVER**
16 | individual; *et al.*,               |
   |                                     | **[Rule 4(c) of the Federal Rules of
17 |         Defendants.                 | Civil Procedure]**

18

19 AND RELATED CONSOLIDATED
   ACTION.
20

21

22

23

24

25

26

27

28

24226881v1

Upon consideration of Plaintiffs BILL A. BUSBICE, JR, an individual; OLLA PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company's (collectively, "Judgment Creditors") request for service of process by a registered process server pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure ("Request"), and good cause appearing;

The Court hereby GRANTS the Request and orders as follows:

1. Any registered process server who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above-entitled case and any related cases.
2. The U.S. Marshals Office will remain the Levying Officer.

IT IS SO ORDERED.

November 30, 2016
Date

Judge

29750027v1

- 1 -
ORDER GRANTING REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER